NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3322

### BOHDAN SENYSZYN,

Petitioner,

v.

### DEPARTMENT OF THE TREASURY,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752050403-C-3.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The Department of Treasury moves to summarily affirm the decision of the Merit Systems Protection Board in Senyszyn v. Department of Treasury, MSPB Docket No. PH0752050403-C-3. Bohdan Senyszyn opposes.

We deem it the better course to deny the Department's motion without prejudice and for the Department to put its arguments in its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

APR 1 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK

cc:     Bohdan Senyszyn
        Joseph E. Ashman, Esq.

s19